UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OREL GOHAR,

Defendant.

Case No. 2:17-mj-0202-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release OREL GOHAR,

Case No. 2:17-mj-0202-CKD, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions of release.

Issued at Sacramento, California on December 08, 2017 at 2:45 pm

By: _____

Magistrate Judge Carolyn K. Delaney