LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
OREL GOHAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00232-JAM-2 |
| Plaintiff, | **AMENDED ORDER TO SCHEDULE SENTENCING HEARING AND SET PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE** |
| vs. | |
| OREL GOHAR, | |
| Defendant. | Court: Hon. John A. Mendez<br>Date: May 18, 2021<br>Time: 9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Mira Chernick and Attorney Todd D. Leras on behalf of Defendant Orel Gohar, submit this request to set this matter for Judgment and Sentencing on July 20, 2021. The parties further request to vacate Status of Sentencing Hearing set for May 18, 2021.

AMENDED ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a Pre-Sentence Investigation Report ("PSR") disclosure schedule as follows:

1. Draft PSR Disclosure Date: June 8, 2021;

2. Informal Objections to PSR: June 22, 2021;

3. Final PSR Date: June 29, 2021;

4. Motion for Correction Date: July 6, 2021; and

5. Reply Date: July 13, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Mira Chernick approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on her behalf.

DATED: May 12, 2021

By   */s/ Todd D. Leras for*
    MIRA CHERNICK
    Assistant United States Attorney

DATED: May 12, 2021

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    OREL GOHAR

AMENDED ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Status of Sentencing Hearing for this matter, scheduled for May 18, 2021, is vacated. A Judgment and Sentencing Hearing is **SET** for **July 20, 2021, at 9:30 a.m**. The Court **ADOPTS** the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: May 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

AMENDED ORDER SETTING SENTENCING HEARING AND PSR DISCLOSURE SCHEDULE