LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
OREL GOHAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OREL GOHAR,<br><br>    Defendant. | Case No.: 2:17-cr-00232-JAM-2<br><br>**REQUEST TO FILE UNDER SEAL AND ORDER**<br><br>Date: July 20, 2021<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

    Pursuant to Local Rule 14(b), Defendant, Orel Gohar, by and through his Counsel, Todd D. Leras, respectfully request an Order sealing a letter of support from Sacramento County Main Jail inmate Nathan Vasquez. The letter details physical and mental health issues which are subject to protection under the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 1320d-6.

REQUEST TO SEAL DOCUMENT AND ORDER TO SEAL

The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the First Amendment, this presumed right is not absolute. See <u>Press-Enterprise Co. v. Superior Court</u>, 464 U.S. 501 (1985). It can be overcome based on findings that sealing is essential to preserve higher values and is narrowly tailored to serve that interest. <u>Id</u>. From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the sealing order was properly entered. <u>Id</u>.

Here, the Defense seeks to file Nathan Vasquez's hand written letter, and a typed copy of the letter, under seal because of the nature of the information contained within it. The letter describes recurring medical and mental health conditions. Public disclosure of such information might adversely impact Mr. Vasquez's future employment. On that ground it is requested that the Declaration of Attorney Todd D. Leras, and the attached letter of Nathan Vasquez be filed under seal until further order of this Court.

Respectfully Submitted,

Dated: July 13, 2021

/s/ *Todd D. Leras*
TODD D. LERAS
Attorney for OREL GOHAR

REQUEST TO SEAL DOCUMENT AND ORDER TO SEAL

**ORDER**

Pursuant to Local Rule 14(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF ATTORNEY TODD D. LERAS AND THE ATTACHED LETTER FROM NATHAN VASQUEZ, shall be **SEALED** until further order of this Court.

Dated: July 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

REQUEST TO SEAL DOCUMENT AND ORDER TO SEAL